[No. 6281-0-II.   Division Two.   December 3, 1984.]

MT. RAINIER REAL ESTATE, INC., *Respondent*, v. MAX E. TADLOCK, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Thurston County, No. 81-2-00489-7, Carol A. Fuller, J., entered March 17, 1982. *Affirmed as modified* by unpublished

opinion per Petrich, C.J., concurred in by Petrie and Worswick, JJ.